UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BEYOND BESPOKE TAILORS, INC. and NICK
TORRES,

              Plaintiffs,

    - against -                                   **ORDER**

JAMES BARCHIESI, WORKSITE LLC,              20-CV-5482 (VSB)(KNF)
WORKSITE ACCOUNTANTS AND ADVISORS,
WORKSITE INTERACTIVE LLC, WORKSITE
VENTURES, and ROTH AND ASSOCIATES,

              Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic status conference shall be held in the above-captioned action on April 20, 2021, at 2:00 p.m. The parties shall use call-in number (888) 557-8511 and access code 4862532. The parties are also directed to confer and, thereafter, propose to the Court, in a joint writing, three dates on which all parties will be available to participate in a settlement conference.

Dated: New York, New York                  SO ORDERED:
       November 9, 2020

                                                        _____
                                                        KEVIN NATHANIEL FOX
                                                       UNITED STATES MAGISTRATE JUDGE

## INITIAL CONFERENCE QUESTIONNAIRE

1. If not yet made, date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a) or, where applicable, Local Civil Rule 33.2 of this court.: _____

2. Number of depositions by plaintiff(s) of:     parties _____   non-parties _____

3. Number of depositions by defendant(s) of:     parties _____   non-parties _____

4. Number of depositions which the parties expect may last longer than the seven hour limit under Fed. R. Civ. P. 30(d)(2): party _____   non-party _____

5. Number of expert witnesses of plaintiff(s): _____ medical _____ non-medical
   Date for expert report(s): _____

6. Number of expert witnesses of defendant(s): _____ medical _____ non-medical
   Date for expert report(s): _____

7. Maximum number of requests for admission by: plaintiff(s) _____ and defendant(s) _____. (Note: requests must be served at least 30 days before the discovery deadline)

8. Date for completion of all discovery: _____
   **N.B.  All discovery is to be initiated so as to be completed on or before the date the parties insert at paragraph 8.**

9. Date by which plaintiff(s) will supply his or her pretrial order materials to defendant(s): _____.

10. Date by which the parties will submit a pretrial order with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial: _____

11. Is there any limitation to be placed on discovery, including any protective or confidentiality order(s)? \_\_\_\_ If yes, please provide a short statement of the limitation(s) needed.

12. Is there any discovery issue(s) on which the parties, after a good faith effort, were unable to reach agreement? \_\_\_\_ If yes, please provide a short statement of the issue(s).

Date:                                                           Date:

_____          _____
Signature of *Pro Se* Plaintiff or                        Signature of Counsel to Defendant(s)
Counsel to Plaintiff(s)