UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                             :

BEYOND BESPOKE TAILORS, INC., NICK :
TORRES,
                                             :

                    Plaintiffs,    :             20-CV-5482 (VSB)
                                             :

         -against-             :            **ORDER**
                                             :

JAMES BARCHIESI, et al.,          :

                                           :

                  Defendants.  :

                                           :
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2020

VERNON S. BRODERICK, United States District Judge:

On November 17, 2020, Defendants filed a partial motion to dismiss the complaint

pursuant to Federal Rule of Civil Procedure 12(b)(6) and a motion to transfer venue to the

Middle District of Pennsylvania.  (Doc. 10.)  Under Federal Rule of Civil Procedure 15(a)(1)(B),

a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint

once as a matter of course.  Accordingly, it is hereby:

ORDERED that Plaintiffs shall file any amended complaint by December 8, 2020.  It is

unlikely that Plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiffs shall serve

any opposition to the motion to dismiss and the motion to transfer venue by December 17, 2020.

Defendants' reply, if any, shall be served by January 4, 2021.  At the time any reply is served,

the moving party shall supply Chambers with two courtesy copies of all motion papers pursuant

to my Individual Rules by mailing or delivering them to the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:  November 18, 2020
        New York, New York

Vernon S. Broderick
United States District Judge