USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _________________
DATE FILED: 7/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEYOND BESPOKE TAILORS, INC., et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>JAMES BARCHIESI, et al.,<br><br>Defendants. | 20-cv-5482 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

On July 2, 2021, I granted defense counsel's motion to withdraw, and stayed this case for thirty days to allow Defendants to secure new counsel. (Doc. 42.) Currently, there is both a motion to dismiss and motion to transfer venue pending. (Doc. 10.) Recently, the parties have sought leave to file declarations related to the motion to transfer. (Docs. 41–42.) Given that this case is stayed, I will hold any ruling on the two motions and requests for leave in abeyance until Defendants secure new counsel.

SO ORDERED.

Dated: July 7, 2021
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge