```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BEYOND BESPOKE TAILORS, INC., et                            :
al.,                                                        :
                                                            :
                              Plaintiffs,                   :       20-cv-5482 (VSB)
                                                            :
              -against-                                     :              ORDER
                                                            :
JAMES BARCHIESI, et al.,                                    :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/21/2021__

VERNON S. BRODERICK, United States District Judge:

Today, I held a conference in this case. In accordance with my comments made during the conference, by on or before October 5, 2021:

- Mr. Barchiesi is directed to email a copy of his September 19, 2021 letter to Plaintiffs' counsel.

- Plaintiffs' counsel is directed to email a copy of his November 5, 2020 letter to Mr. Barchiesi; meet and confer with Mr. Barchiesi regarding the claims about jurisdiction within the letter; and file a joint letter informing me of the parties' positions regarding subject matter jurisdiction.

- The parties are directed to file a revised case management plan.

- Mr. Barchiesi is directed to decide whether he consents to receive electronic filings, and whether he intends to file documents electronically. More information on this, including the form needed to consent to electronic filings and a sample motion to file electronically can be found here: https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases; https://www.nysd.uscourts.gov/forms/motion-permission-electronic-case-filing-

pro-se-cases.

SO ORDERED.

Dated: September 21, 2021
New York, New York

Vernon S. Broderick
United States District Judge