**JAMES R. BARCHIESI**
Individual, Pro Se
jbarchiesi@protonmail.com

RECEIVED
SDNY PRO SE OFFICE

2021 OCT 13 AM 10: 21

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

BEYOND BESPOKE TAILORS, INC. and
NICK TORRES

    Plaintiffs,

v.

JAMES BARCHIESI, WORKSITE LLC,
WORKSITE ACCOUNTANTS AND
ADVISORS, WORKSITE CAPITAL
PARTNERS LLC, WORKSITE VENTURES,
and ROTH & ASSOCIATES,

    Defendants.

No. 1:20-cv-05482

**MOTION FOR
RECONSIDERATION AND
MODIFICATION OF CASE
MANAGEMENT ORDER**

APPLICATION DENIED.
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 10/14/2021

The Clerk's Office is directed to mail a copy of this order to the Pro Se Defendant.

AND NOW COMES, James Barchiesi, pro se, who files the within motion pursuant to R. 16(b)(4) to modify the proposed case management order adopted by the court on October 06, 2021, which Defendant opposes for the reasons set forth below:

    1.    This court ordered the parties to meet and confer on the issue of proposing a case management order following a hearing on September 20, 2021.

    2.    The Plaintiff and Defendant did meet and confer on the issue of adopting a case management plan, after which plaintiff provided defendant with a handwritten order that was not clear or legible.

    3.    Furthermore the proposed case management order adopted by the court, which is the same handwritten case management plan provided to Defendant imposes obligations on only one party with respect to discovery and does not adequately include the required contents under R. 16(3)(A).

4.      To date, the court has not yet ruled on the Defendant's Motion to Dismiss and Change of Venue.

5.      The proposed case management plan adopted by this court does not include limitations on the time to join other parties, amend the pleadings, complete discovery, and file motions.

6.      The court's order is handwritten, unclear and not legible.

7.      Moreover, it fails to adequately track the litigation and otherwise prejudices the Defendant in favor of Plaintiff.

8.      To date, Plaintiff has yet to provide Defendant with complete disclosures as to all materials they intend to rely on at trial, nor does this courts order give sufficient time to allow discovery issues to be resolved.

9.      In addition, no answer has even been interposed in this matter, but yet the case management order adopted advances the litigation beyond even the preliminary stages to its conclusion.

NOW THEREFORE, based upon the foregoing, the Defendant prays this Honorable court adopt the proposed plan filed by the Defendant in this matter, or in the alternative, modify a case management order to adequately address the issues referenced above declare under penalty of perjury that the foregoing is true and correct

By: _____
James Barchiesi

Dated: October 7, 2021

SO ORDERED _____



RECEIVED
SDNY PRO SE OFFICE
2021 OCT 13  AM 10: 09

LEHIGH VALLEY PA 180
8 OCT 2021 PM 3 L

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007

James R. Barchiesi
2152 Saint Andrews Lane
Stroudsburg, PA 18360