```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BEYOND BESPOKE TAILORS, INC. and                            :
NICK TORRES                                                 :
                                                            :
                        Plaintiffs,                         :     20-cv-5482 (VSB)
                                                            :
           -against-                                        :     **ORDER**
                                                            :
JAMES BARCHIESI, WORKSITE LLC,                              :
WORKSITE ACCOUNTANTS AND                                    :
ADVISORS, WORKSITE CAPITAL                                  :
PARTNERS LLC, WORKSITE VENTURES,                            :
and ROTH & ASSOCIATES,                                      :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
------------------------------------------------------------X
                                                            :
JAMES R BARCHIESI,                                          :
                                                            :
           Third Party Plaintiff,                           :
                                                            :
           -against-                                        :
                                                            :
LINDA ROTH d/b/a/ ROTH CPA, ROTH                            :
ASSOCIATES, and ROTH CERTIFIED                              :
PUBLIC ACCOUNTANTS                                          :
                                                            :
           Third Party Defendant.                           :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On November 3, 2021, Defendant James Barchiesi filed a third-party complaint. (Doc. 68.) He has not requested issuance of summons for the Third-Party Defendant Linda Roth d/b/a Roth CPA, Roth Associates, and Roth Certified Public Accountants. Therefore, the Clerk of Court is HEREBY directed to issue a summons for the Third-Party Defendant and mail a copy of

this order to the pro se Defendant/Third-Party Plaintiff Barchiesi.  It is ORDERED that Barchiesi shall serve the summons and the third-party complaint on the Third-Party Defendant within 90 days after the date the summons is issued or after he receives the copy of this order, whichever date is later.

SO ORDERED.

Dated:  November 8, 2021
            New York, New York

                                         Vernon S. Broderick
                                         United States District Judge