```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
BEYOND BESPOKE TAILORS, INC. and                         :
NICK TORRES                                              :
                                                         :
                                Plaintiffs,              :          20-cv-5482 (VSB)
                                                         :
                -against-                                :             ORDER
                                                         :
JAMES BARCHIESI, et al.,                                 :
                                                         :
                                Defendants.              :
                                                         :
---------------------------------------------------------X
---------------------------------------------------------X
                                                         :
JAMES R BARCHIESI,                                       :
                                                         :
         Third Party Plaintiff,                          :
                                                         :
                -against-                                :
                                                         :
LINDA ROTH d/b/a/ ROTH CPA, ROTH                         :
ASSOCIATES and ROTH CERTIFIED                            :
PUBLIC ACCOUNTANTS,                                      :
                                                         :
         Third Party Defendant.                          :
                                                         :
---------------------------------------------------------X
---------------------------------------------------------X
                                                         :
JAMES R BARCHIESI,                                       :
                                                         :
         Third Party Plaintiff,                          :
                                                         :
                -against-                                :
                                                         :
STACIE PETERSON                                          :
                                                         :
         Third Party Defendant.                          :
                                                         :
---------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On November 8, 2021, Defendant James Barchiesi filed his answer to Plaintiff's complaint. (Doc. 71.) I have been notified that Defendant now plans to file a third-party complaint against Stacie Peterson. Therefore, the Clerk of Court is HEREBY directed to issue a summons for the Third-Party Defendant Stacie Peterson and mail a copy of this order to the pro se Defendant/Third-Party Plaintiff Barchiesi. It is ORDERED that Barchiesi shall serve the summons and the third-party complaint on the Third-Party Defendant within 90 days after the date the summons is issued or after he receives the copy of this order, whichever date is later. Barchiesi is further reminded that he should not contact my chambers directly, through email or any other means, but should contact the Pro Se Office regarding docketing issues.

SO ORDERED.

Dated: November 9, 2021
New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge