UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
BEYOND BESPOKE TAILORS, INC., et al.,   :
:
                        Plaintiffs,   :
:        20-CV-5482 (VSB)
      - against -   :
:        **ORDER**
:
JAMES BARCHIESI, et al.,   :
:
                        Defendants.   :
:
-------------------------------------------------------- :
X

VERNON S. BRODERICK, United States District Judge:

On January 7, 2022, I ordered that a hearing on Plaintiffs' order to show cause for default judgment would be held at the United States Courthouse, Courtroom 518, 40 Foley Street, New York, New York 10007, on February 4, 2022 at 3:00 pm.  (Doc. 88.)  It is hereby

ORDERED that the conference will instead be held via telephone, using the dial-in 888-363-4749 and the access code 2682448.

SO ORDERED.

Dated:     February 2, 2022
              New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge