UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------

BEYOND BESPOKE TAILORS, INC. and NICK TORRES

      Plaintiffs,

    -against-

JAMES BARCHIESI, WORKSITE LLC, WORKSITE ACCOUNTANTS AND ADVISORS, WORKSITE CAPITAL PARTNERS, LLC, WORKSITE INTERACTIVE LLC, WORKSITE VENTURES, and ROTH & ASSOCIATES,

      Defendants.

Civ. No. 1:20-cv-05482 (VSB)(KNF)

**DEFAULT JUDGMENT**

----------------------------------------------------

    This action having been first commenced in the Supreme Court of the State of New York, County of New York, on August 27, 2019 (the "New York Action"), with the filing by Plaintiffs of a Summons with Notice on that date and the filing of an Amended Summons with Notice on June 17, 2020, and the Amended Summons with Notice having been served on all Defendants in the New York Action by personal delivery upon Defendant James Barchiesi, and proof of such service having been filed in the New York Action, and Defendants having removed the New York Action to this Court on July 16, 2020, and a Complaint having been filed in this action on October 27, 2020, and counsel for Defendants having been granted leave to withdraw from their defense of Defendants, and non-individual Defendants Worksite LLC, Worksite Accountants and Advisors, Worksite Capital Partners, LLC, Worksite Interactive LLC, Worksite Ventures, and Roth & Associates (collectively, "Corporate Defendants") having failed to retain counsel in this

action following the withdraw of their counsel despite adequate time to retain new counsel having been afforded by this Court, it is

**ORDERED, ADJUDGED AND DECREED** that Plaintiffs have judgment against the Corporate Defendants as to their liability to Plaintiffs in respect of the claims against them alleged in the Complaint in this action.

Dated: _____February 4_, 2022
       New York, New York

_____
Vernon S. Broderick
United States District Judge