UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
BEYOND BESPOKE TAILORS, INC., et al.,       :
:
                 Plaintiffs,       :
:     20-CV-5482 (VSB)
      - against -        :
:     **ORDER**
:
JAMES BARCHIESI, et al.,        :
:
                Defendants.       :
:
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On October 7, 2021, I ordered that a post-discovery conference in this matter would be held at the United States Courthouse, Courtroom 518, 40 Foley Street, New York, New York 10007, on March 3, 2022 at 2:30 pm. (Doc. 64.) It is hereby

      ORDERED that the post-discovery conference is adjourned to March 25, 2022 at 2:00 pm. It is FURTHER ORDERED that the conference will instead be held via telephone, using the dial-in 888-363-4749 and the access code 2682448.

SO ORDERED.

Dated:     February 4, 2022
             New York, New York

                                                   Vernon S. Broderick
                                                   United States District Judge