UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
BEYOND BESPOKE TAILORS, INC., et al.,     :
:
                       Plaintiffs,     :
:      20-CV-5482 (VSB)
        - against -     :
:      **ORDER**
:
JAMES BARCHIESI, et al.,     :
:
                       Defendants.     :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On February 11, 2022, I issued an opinion and order, (Doc. 103), deciding Defendants' partial motion to dismiss and motion to transfer, (Doc. 10).

       The Clerk of Court is hereby respectfully directed to mail a copy of this order, and the aforementioned order and opinion at Doc. 103, to Pro Se Defendant James Barchiesi.

SO ORDERED.

Dated:     February 16, 2022
              New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge