# GORDONLAW LLP

Michael R. Gordon
mgordon@gordonlawllp.com

On February 26, 2022, Defendant/Third Party Plaintiff James Barchiesi filed a notice of voluntary dismissal with respect to his claims against Third Party Defendant Stacie Peterson.  (Doc. 110.)  Accordingly, the Clerk of Court is respectfully directed to terminate Stacie Peterson from this action, and to terminate the pending motion to dismiss at Doc. 90.

February 28, 2022

**BY ECF**

Hon. Vernon S. Broderick, USDJ
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**SO ORDERED:**

/s/ Vernon Broderick    02/28/22

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

      *Re:*    ***Beyond Bespoke Tailors, Inc, et ano. v. James Barchiesi, et al.***
            **Civ. No. 1:20-cv-05482**

Dear Judge Broderick:

We are attorneys for Plaintiffs and Third-Party Defendant Stacie Peterson in the referenced action.  We write to clarify that Defendant-Third-Party Plaintiff Barchiesi, ***not Plaintiffs***, filed a Rule 41(a) Notice of Voluntary Dismissal as to our client, Ms. Peterson.  *See* ECF Doc. No. 110.  Plaintiffs have not file a Rule 41(a) Notice.  The source of confusion appears to be the docket entry (No. 110), which indicates (incorrectly) that Plaintiffs filed the Notice.  Plaintiffs did not.

                                                             Respectfully yours,

                                                                      /s/

                                                          Michael R. Gordon

cc:      Counsel of record (by ECF)

GORDONLAW LLP | 51 Bedford Road, Suite 10, Katonah, NY 10536 | D 914.232.9500
www.gordonlawllp.com | 200 Park Avenue, Suite 1700, New York, NY 10166 | M 914.671.6873
                                                                                                     F 914.992.6634