UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEYOND BESPOKE TAILORS, INC., et al.,

                       Plaintiffs,

            - against -

JAMES BARCHIESI, et al.,

                     Defendants.
------------------------------------------------------------X

20-CV-5482 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      This matter has been referred to Magistrate Judge Jennifer Willis for general pretrial. (Doc. 101.) On August 22, 2022, Judge Willis granted the parties' joint request for an extension of discovery deadlines to December 5, 2022. (Doc. 132.) Accordingly, it is hereby

      ORDERED the post-discovery conference before me currently scheduled for October 20, 2022 at 3:00 p.m. is hereby ADJOURNED *sine die*.

      IT IS FURTHER ORDERED that within seven days of the close of discovery, the parties submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion, what efforts the parties have made to settle the action, and whether any discovery disputes remain outstanding. Thereafter, I will schedule a post-discovery conference.

SO ORDERED.

Dated:      August 23, 2022
               New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge