UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BEYOND BESPOKE TAILORS, INC. and
NICK TORRES,

                                 Plaintiffs,

               -against-

**ORDER**

20-CV-5482 (VSB) (JW)

JAMES BARCHIESI ET AL,

                                 Defendants.
-------------------------------------------------------------------X
JAMES BARCHIESI,

                             Third Party Plaintiff,

               -against-

LINDA ROTH d/b/a ROTH CPA, ROTH
ASSOCIATES and ROTH CERTIFIED PUBLIC
ACCOUNTANTS,

                             Third Party Defendants.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

     Defendant Barchiesi did not follow the Court's directive in docket number 148. If Defendant wants the Court to consider his positions on the discovery disputes at issue, Defendant must resubmit the parties' joint letter (docket number 156) and state his argument under each discovery dispute Plaintiff raised by end of day.

     SO ORDERED.

Dated: October 20, 2022
       New York, New York

                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge