UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BEYOND BESPOKE TAILORS, INC. and
NICK TORRES,

                            Plaintiffs,

            -against-

JAMES BARCHIESI ET AL,

                            Defendants.
------------------------------------------------------------------X
------------------------------------------------------------------X
JAMES BARCHIESI,

                      Third Party Plaintiff,

            -against-

LINDA ROTH d/b/a ROTH CPA, ROTH
ASSOCIATES and ROTH CERTIFIED PUBLIC
ACCOUNTANTS,

                    Third Party Defendants.
------------------------------------------------------------------X

**ORDER**

**20-CV-5482 (VSB) (JW)**

      The Court scheduled the parties' November 3, 2022 discovery conference on September 23, 2022. Dkt. No. 148. Defendant Barchiesi's counsel now asserts he has a conflict due to another November 3rd proceeding that was scheduled on October 27, 2022 – after this Court scheduled the parties' conference. Dkt. No. 161. Nonetheless, all parties shall attend the November 3rd discovery conference via Microsoft Teams at 12:30 p.m. The Court will email the parties the link for the conference. The dial-in information is +1-646-453-4442, Conference ID: 221501699#.

      SO ORDERED.

Dated: October 31, 2022
       New York, New York

                                                    *Jennifer E. Willis*
                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge