UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BEYOND BESPOKE TAILORS, INC. and
NICK TORRES,

                    Plaintiffs,

       -against-

**ORDER SCHEDULING BRIEFING**
**20-CV-5482 (VSB) (JW)**

JAMES BARCHIESI ET AL,

                    Defendants.

------------------------------------------------------------------X
JAMES BARCHIESI,

                    Third Party Plaintiff,

       -against-

LINDA ROTH d/b/a ROTH CPA, ROTH
ASSOCIATES and ROTH CERTIFIED PUBLIC
ACCOUNTANTS,

                    Third Party Defendants.

------------------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

On February 9, 2023, the Plaintiff filed a letter seeking leave to move to strike Defendants' Answer. Dkt No. 172. On February 14, 2023, Defendants responded requesting a briefing schedule on Plaintiff's proposed motion. That same letter requested a briefing schedule to cross-move for a protective order, and to compel discovery and sanctions. Dkt No. 173. The court grants both Plaintiff's and

Defendants' requests to file their proposed motions. The court sets the following schedule:

- Plaintiff's brief in support of its motion to strike is due **March 1, 2023**.
- Defendants' brief in support of its cross motions will also be due **March 1, 2023.**
- Defendants' opposition to the motion to strike will be due **March 8, 2023**.
- Plaintiff's opposition to Defendant's cross motions will also be due **March 8, 2023.**

SO ORDERED.

DATED:   New York, New York
         February 15, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge