UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
        :
BEYOND BESPOKE TAILORS, INC., *et al.*,  :
        :
        Plaintiffs,  :  20-CV-5482 (VSB)
        :
    -against-  :  **ORDER**
        :
JAMES BARCHIESI, *et al.*,  :
        :
        Defendants.  :
        :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On March 18, 2024, Magistrate Judge Jennifer E. Willis granted (1) Third-Party Defendants' motion for sanctions as to Defendant James Barchiesi ("Defendant"), and (2) Defendant's motion to compel Plaintiffs to provide electronic versions of certain tax documents. (Doc. 240 (the "March 18 Order").)

Before me are three pending three requests: (1) Defendant's March 27, 2024 objections to the March 18 Order, (Doc. 244); (2) Defendant's March 27, 2024 motion for a stay of the March 18 Order, (Doc. 245); and (3) Plaintiffs' May 28, 2024 motion to hold Defendant in contempt of the March 18 Order, (Doc. 256).

On January 15, 2025, Defendant James Barchiesi filed a suggestion of bankruptcy informing me that he filed for Chapter 11 bankruptcy in the Middle District of Pennsylvania (Case No. 5:25-bk-00094-MJC). (Doc. 274.) The filing states that "certain acts and proceedings against [Defendant] and his property are stayed as provided for in Section 362 of the Bankruptcy Code." (*Id.* at 2.) Accordingly, it is hereby:

ORDERED that, on or before January 31, 2025, the parties file a joint letter explaining

which claims and which motions, if any, should be stayed. The parties are instructed to explain the impact of the bankruptcy proceeding on Plaintiffs' claims against the Corporate Defendants (i.e., the Defendants excluding James Barchiesi) as well as the various third-party claims and counterclaims.

SO ORDERED.

Dated: January 16, 2025
      New York, New York

*Vernon Broderick*

Vernon S. Broderick
United States District Judge