UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
BEYOND BESPOKE TAILORS, INC., *et* :
*al.*,                                                 :
                                                       :
                              Plaintiffs,   :          20-CV-5482 (VSB) (JW)
                                                       :
              -against-                    :          **ORDER**
                                                       :
JAMES BARCHIESI, *et al.*,                  :
                                                       :
                              Defendants.   :
                                                       :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On June 22, 2026, I held a telephonic conference with counsel for Plaintiffs and

Defendant James Barchiesi to discuss the remaining active claims in this matter. As discussed in

the conference, it is hereby ORDERED that by June 26, 2026, both parties shall file their

stipulations of dismissal regarding all claims, counterclaims, and third-party claims that they no

longer intend to pursue.

SO ORDERED.

Dated:        June 23, 2026
              New York, New York

                                              Vernon S. Broderick
                                              United States District Judge