UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

BEYOND BESPOKE TAILORS, INC. and
NICK TORRES,

Plaintiffs,

-against-

JAMES BARCHIESI *et al.*,

Defendants.
---------------------------------------------------------------------X

**ORDER**

**20-CV-5482 (VSB) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Court is in receipt of an amended referral for GPT in this case. The remaining Parties to the case are to file a joint status letter by July 22, 2026 outlining the status of the remaining Parties and anticipated outstanding discovery.

SO ORDERED.

DATED: New York, New York
July 8, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge